UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ABIRA MEDICAL LABORATORIES, LLC,

    Plaintiff,

vs.

CARESOURCE, *et al.*,

    Defendants.

Case No. 3:24-cv-157

District Judge Michael J. Newman
Magistrate Judge Peter B. Silvain, Jr.

**ORDER: GRANTING DEFENDANT CARESOURCE'S UNOPPOSED MOTION TO FILE DEPOSITION TESTIMONY AND EXHIBITS UNDER SEAL (Doc. No. 38)**

This matter comes before the Court on Defendant CareSource's motion to file deposition testimony and exhibits under seal in support of Defendant CareSource's motion for summary judgment. Doc. No. 38. Pursuant to S.D. Ohio Civ. R. 5.2.1 and *Shane Group*, the Court finds that: (1) there is a compelling interest in maintaining the confidentiality of the Rule 30(b)(6) Deposition of Plaintiff Abira Medical Laboratories, LLC d/b/a Genesis Diagnostics ("Abira Deposition") and its exhibits, including in protecting the protected health information ("PHI") and personally identifiable information ("PII") of third parties; (2) the interest in maintaining the confidentiality of the Abira Deposition and its exhibits outweighs the public's interest in accessing them because the interest in the outcome of this matter is limited to the parties, and protecting the confidentiality of the Abira Deposition and its exhibits will not prejudice the public's right to guard against corruption and the public's right to be on notice about what is and what is not a violation of law; and (3) Defendant CareSource's request is narrowly tailored because PHI and PII are central components of this litigation, and such information is pervasive throughout the documents,

such that redaction is impracticable.  *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

Therefore, Defendant CareSource's motion is **GRANTED**. Defendant CareSource shall file the Abira Deposition and its exhibits **UNDER SEAL** in their entirety.

**IT IS SO ORDERED.**

January 30, 2026                              s/*Michael J. Newman*
                                                          Hon. Michael J. Newman
                                                          United States District Judge