UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

ABIRA MEDICAL LABORATORIES, LLC,

      Plaintiff,                              Case No. 3:24-cv-157

vs.

CARESOURCE, *et al.*,                     District Judge Michael J. Newman
                                          Magistrate Judge Peter B. Silvain, Jr.

      Defendants.

---

### ORDER: GRANTING PLAINTIFF'S UNOPPOSED MOTION TO FILE EXHIBITS UNDER SEAL (Doc. No. 51)

---

This matter comes before the Court on Plaintiff's motion to file exhibits attached to the certification of Alan Miller under seal.  Doc. No. 51.  Pursuant to S.D. Ohio Civ. R. 5.2.1 and *Shane Group*, the Court finds that: (1) there is a compelling interest in maintaining the confidentiality of the exhibits attached to Alan Miller's certification, including protecting the protected health information ("PHI") and personally identifiable information ("PII") of third parties; (2) the interest in maintaining the confidentiality of the exhibits outweighs the public's interest in accessing them because the interest in the outcome of this matter is limited to the parties, and protecting the confidentiality of the exhibits will not prejudice the public's right to guard against corruption and the public's right to be on notice about what is, and what is not, a violation of law; and (3) Plaintiff's request is narrowly tailored because PHI and PII are central components of this litigation, and such information is pervasive throughout the documents, such that redaction is impracticable.  *See Shane Group, Inc. v. Blue Cross Blue Shield of Mich.*, 825 F.3d 299, 305 (6th Cir. 2016).

Therefore, Plaintiff's motion is **GRANTED**. Plaintiff shall file the exhibits attached to the certification of Alan Miller **UNDER SEAL** in their entirety.

> **IT IS SO ORDERED.**

March 2, 2026                     s/*Michael J. Newman*
                                  Hon. Michael J. Newman
                                  United States District Judge